B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Safe Traffic System, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4375602** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10201 Pacific Avenue**<br>**Franklin Park, IL**<br>ZIP Code **60131** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Penelope N. Bach 06284659 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Safe Traffic System, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Safe Traffic System, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X  /s/ Penelope N. Bach**
Signature of Attorney for Debtor(s)

**Penelope N. Bach 06284659**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**P.O. Box 1285**
**Northbrook, IL 60065**

_____
Address

**Email: pnbach@bachoffices.com**
**(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**May 29, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Hoon Y. Kim**
Signature of Authorized Individual

**Hoon Y. Kim**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 29, 2012**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Safe Traffic System, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Welsh & Katz, Ltd.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606-3912 | Welsh & Katz, Ltd.<br>120 S. Riverside Plaza, 22nd Floor<br>Chicago, IL 60606-3912 | | | 185,444.00 |
| Bank of America<br>475 CrossPoint Parkway<br>P.O. Box 9000<br>Getzville, NY 14068-9000 | Bank of America<br>475 CrossPoint Parkway<br>P.O. Box 9000<br>Getzville, NY 14068-9000 | | | 104,028.31 |
| Young C. Joe<br>509 63rd Ave. CT. NE<br>Tacoma, WA 98422 | Young C. Joe<br>509 63rd Ave. CT. NE<br>Tacoma, WA 98422 | | | 100,000.00 |
| Chase<br>201 N Walnut Street<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | Chase<br>201 N Walnut Street<br>Mailstop DE1-1027<br>Wilmington, DE 19801 | | Disputed | 100,000.00 |
| Charter One<br>1215 Superior Ave<br>Cleveland, OH 44144-3299 | Charter One<br>1215 Superior Ave<br>Cleveland, OH 44144-3299 | | | 97,000.00 |
| Small Business Administration<br>801 Tom Marton Dr<br>Suite 120<br>Birmingham, AL 35211 | Small Business Administration<br>801 Tom Marton Dr<br>Suite 120<br>Birmingham, AL 35211 | | | 97,000.00 |
| Citi<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | Citi<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | | 50,000.00 |
| Hyun Bae Chang<br>242 Woodstome Cir<br>Buffalo Grove, IL 60089 | Hyun Bae Chang<br>242 Woodstome Cir<br>Buffalo Grove, IL 60089 | | | 50,000.00 |
| Banco Popular<br>c/o Adler and Assoc<br>25 E. Washington, Suite 500<br>Chicago, IL 60602 | Banco Popular<br>c/o Adler and Assoc<br>25 E. Washington, Suite 500<br>Chicago, IL 60602 | | | 50,000.00 |
| PNC<br>Locator B7-YB10-01-A<br>4100 West 150th Street<br>Cleveland, OH 44135 | PNC<br>Locator B7-YB10-01-A<br>4100 West 150th Street<br>Cleveland, OH 44135 | | | 25,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Safe Traffic System, Inc.**                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HSBC<br>Attn: Bankruptcy<br>PO Box 5213<br>Carol Stream, IL 60197 | HSBC<br>Attn: Bankruptcy<br>PO Box 5213<br>Carol Stream, IL 60197 | | | 22,130.77 |
| Edward Yoon<br>375 Imland Dr, #2A<br>Wheeling, IL 60090 | Edward Yoon<br>375 Imland Dr, #2A<br>Wheeling, IL 60090 | | | 22,000.00 |
| United Guaranty<br>PO Box 60957<br>Charlotte, NC 28260 | United Guaranty<br>PO Box 60957<br>Charlotte, NC 28260 | | | 20,000.00 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | | 17,800.00 |
| NS Precision<br>519 Lake Street<br>Maywood, IL 60153 | NS Precision<br>519 Lake Street<br>Maywood, IL 60153 | | | 15,000.00 |
| Discover Financial Services<br>Attention: Bankruptcy Department<br>PO Box 3025<br>New Albany, OH 43054 | Discover Financial Services<br>Attention: Bankruptcy Department<br>PO Box 3025<br>New Albany, OH 43054 | | | 13,321.36 |
| Ted L. Rausch Co<br>875 Mahler Road, Suite 168<br>Burlingame, CA 94010 | Ted L. Rausch Co<br>875 Mahler Road, Suite 168<br>Burlingame, CA 94010 | | | 10,600.00 |
| Cristin Yoon<br>1471 Quacker Lane<br>Prospect Heights, IL 60070 | Cristin Yoon<br>1471 Quacker Lane<br>Prospect Heights, IL 60070 | | | 10,000.00 |
| Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | 8,573.17 |
| Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bank Of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | 8,573.17 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 29, 2012**                    Signature **/s/ Hoon Y. Kim**
                                                    **Hoon Y. Kim**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Northern District of Illinois**

In re **Safe Traffic System, Inc.**      Case No.

Debtor(s)      Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **50**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 29, 2012**      **/s/ Hoon Y. Kim**
**Hoon Y. Kim**/**President**
Signer/Title

```
Alliance One
4850 Street Rd
Suite 300
Feasterville Trevose, PA 19053


Asset Acceptance
PO Box 2036
Warren, MI 48090


Banco Popular
c/o Adler and Assoc
25 E. Washington, Suite 500
Chicago, IL 60602


Bank Of America
PO Box 15026
Wilmington, DE 19850-5026


Bank of America
475 CrossPoint Parkway
P.O. Box 9000
Getzville, NY 14068-9000


CACH LLC
370 17th Street Suite 5000
Denver, CO 80202


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


CBCS
P.O. Box 163250
Columbus, OH 43216


Charter One
1215 Superior Ave
Cleveland, OH 44144-3299


Chase
201 N Walnut Street
Mailstop DE1-1027
Wilmington, DE 19801
```

```
Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
900 Stewart Avenue
Garden City, NY 11530


Chase
Attn: Bankruptcy Department
PO Box 100018
Kennesaw, GA 30156


Citi
P.O. Box 6000
The Lakes, NV 89163-6000


Citi
Attn: Cntralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Citi
PO Box 226526
San Antonio, TX 78245


Citi
PO Box 769004
San Antonio, TX 78245


Citibusiness Card
P.O. Box 44180
Jacksonville, FL 32231-4180


Cristin Yoon
1471 Quacker Lane
Prospect Heights, IL 60070


Discover Financial Services
Attention: Bankruptcy Department
PO Box 3025
New Albany, OH 43054
```

Edward Yoon  
375 Imland Dr, #2A  
Wheeling, IL 60090


Enhanced Recovery Company, LLC  
8014 Bayberry Road  
Jacksonville, FL 32256-7412


Expert Metal Finishing  
2120 West St  
River Grove, IL 60171


Fifth Third Bank  
MD 1MOC2G-4050  
38 Fountain Square Plaza  
Cincinnati, OH 45263


Firstsource  
205 Bryant Woods South  
Buffalo, NY 14228


Firstsource, LLC  
PO Box 628  
Buffalo, NY 14240


Hoon Young Kim  
10201 Pacific Ave  
Franklin Park, IL 60131


HSBC  
Attn: Bankruptcy  
PO Box 5213  
Carol Stream, IL 60197


Husch Blackwell  
75 Remittance Dr, Suite 1993  
Chicago, IL 60675-1993


Hyun Bae Chang  
242 Woodstome Cir  
Buffalo Grove, IL 60089


Hyun Sook Kim  
10201 Pacific Ave  
Franklin Park, IL 60131

```
Jim-Xu Accounting
Law Office USA, Ltd.
20 N. Clark Street, Suite 525
Chicago, IL 60602


John C. Bonewicz, P.C.
8001 N. Lincoln Ave
Suite 402
Skokie, IL 60077


Linebarger, Goggan, Blair & Sampson
PO Box 06140
Chicago, IL 60606-0140


Mercantile
6390 Main St
Buffalo, NY 14221


Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA 19154


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


NS Precision
519 Lake Street
Maywood, IL 60153


PNC
Locator B7-YB10-01-A
4100 West 150th Street
Cleveland, OH 44135


Premium Recovery
AG PO Box 2443
CH-6330 Cham/ Zug Switzerland


RAB, Inc
PO Box 1022
Wixom, MI 48393-1022
```

```
RBS Card Services
PO Box 42010
Providence, RI 02940-2010


Richard J Bourdreau, LLC
5 Industrial Way
Salem, NH 03079


Richard J. Bourdreau & Assoc., LLC
5 Industrial Way
Salem, NH 03079


Sears/CBSD
P.O. Box 6189
Sioux Falls, SD 57117


Small Business Administration
801 Tom Marton Dr
Suite 120
Birmingham, AL 35211


Ted L. Rausch Co
875 Mahler Road, Suite 168
Burlingame, CA 94010


United Guaranty
PO Box 60957
Charlotte, NC 28260


Welsh & Katz, Ltd.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606-3912


Young C. Joe
509 63rd Ave. CT. NE
Tacoma, WA 98422
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Safe Traffic System, Inc.**                                                           Case No.
                                    Debtor(s)                                                  Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Safe Traffic System, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 29, 2012** | **/s/ Penelope N. Bach** |
| Date | **Penelope N. Bach 06284659** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Safe Traffic System, Inc.** |
| | **Bach Law Offices** |
| | **P.O. Box 1285** |
| | **Northbrook, IL 60065** |
| | **(847) 564-0808 Fax:(847) 564-0985** |
| | **pnbach@bachoffices.com** |

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

Date **May 29, 2012**               Signature  **/s/ Hoon Y. Kim**
                                                **Hoon Y. Kim**
                                                **President**

**IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.**

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date **May 29, 2012**                             Signature **/s/ Hoon Y. Kim**
                                                            **Hoon Y. Kim**
                                                            **President**