IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **SAFE TRAFFIC SYSTEM, INC.** | ) | **HON JANET S. BAER** |
| | ) | |
| **DEBTOR.** | ) | **CASE NO. 12-24273** |

NOTICE OF MOTION

TO: See Attached Service List

PLEASE TAKE NOTICE that on September 17, 2013, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, a hearing on the attached <u>MOTION FOR ENTRY OF FINAL DECREE</u> will be heard before the Honorable Janet S. Baer, Bankruptcy Judge at 219 S. Dearborn, Room 615, Chicago, Illinois, or before any other bankruptcy Judge sitting in his stead.

AT WHICH TIME AND PLACE YOU MAY APPEAR IF YOU SEE FIT.

**Bach Law Offices**
**Paul M. Bach**
**P.O. Box 1285**
**Northbrook, IL 60065**
**(847) 564-0808**

<u>**CERTIFICATE OF SERVICE**</u>

I, Paul M. Bach, an attorney, on oath, certify that I served a copy of the above **Notice**, together with the attached **Motion and all Attachments**, by the method stated on the attached service list and if by First Class US Mail postage prepaid all on September 9, 2013.

/s/ Paul M. Bach

## Service List

| | |
|---|---|
| Safe Traffic System, Inc.<br>10201 Pacific Avenue<br>Franklin Park, IL 60131 | BY FIRST CLASS US MAIL |
| United States Trustee<br>219 S. Dearborn Street<br>Chicago, Illinois 60604 | BY FIRST CLASS US MAIL |
| Banco Popular<br>C/O Adler & Associates<br>25 East Washington, Suite 500<br>Chicago, IL 60602 | BY FIRST CLASS US MAIL |
| Husch Blackwell LLP<br>C/O Gary L. Vincent Esq.<br>190 Carondelent Plaza<br>St. Louis, MO 63105 | BY FIRST CLASS US MAIL |
| Ted L. Rausch Co.<br>875 Mahler Road Suite 168<br>Burligmame, CA 94010 | BY FIRST CLASS US MAIL |
| United Guaranty<br>P.O. Box 20327<br>Greensboro, NC 27420 | BY FIRST CLASS US MAIL |
| Cristin Yoon<br>1471 Quacker Lane<br>Prospect Heights, IL 60070 | BY FIRST CLASS US MAIL |
| Colleen Lim<br>1040 S. Milwaukee Avenue Suite 275<br>Prospect Heights, IL 60070 | BY FIRST CLASS US MAIL |
| Edward Yoon<br>375 Inland Drive #2A<br>Wheeling, IL 60090 | BY FIRST CLASS US MAIL |
| Hyun Bae Chang<br>242 Woodstone Circle<br>Buffalo Grove, IL 60089 | BY FIRST CLASS US MAIL |
| Young C. Joe<br>509 63rd Avenue Court NE<br>Tacoma, WA 98422 | BY FIRST CLASS US MAIL |

Mark J. Soldano
P.O. Box 780527
Sabastian Florida 32978.

BY FIRST CLASS US MAIL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **SAFE TRAFFIC SYSTEM, INC.** | ) | **HON JANET S. BAER** |
| | ) | |
| **DEBTOR.** | ) | **CASE NO. 12-24273** |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **SAFE TRAFFIC SYSTEM, INC.** by their attorneys PAUL M. BACH and PENELOPE N. BACH of BACH LAW OFFICES, and ask this Honorable Court to enter a Final Decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On June 15, 2012, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 11 of the Code.

2. On July 10, 2013, this Court held a hearing and confirmed entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Amended Plan of Reorganization.

3. Pursuant to the Confirmed Plan, Debtors' payments to Class 1 creditors (impaired unsecured non priority creditors) has begun, and, as this date has not been completed.

4. Pursuant to the Confirmed Plan, Debtors' payments to the Class 2 creditor (Mark Soldano-secured and not impaired) has continued and begun.

5. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

6. Debtor's requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, **Safe Traffic System, Inc..**, INC., asks this Honorable Court to enter an Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

>Respectfully submitted,
>**SAFE TRAFFIC SYSTEM, INC.**
>
>BY:/s/Paul M. Bach
>One of their attorneys

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808